TOLEDO BAR ASSOCIATION *v.* WALLACE.

[Cite as Toledo Bar Assn. *v.* Wallace (1989), 42 Ohio St. 3d 3.]

(No. D.D. 88-21—Submitted January 10, 1989—Decided March 29, 1989.)

4

*Connelly, Soutar & Jackson, James D. Caruso, Spengler, Nathanson, Heyman, McCarthy & Durfee* and *Truman A. Greenwood,* for relator.

*Harland M. Britz,* for respondent.

*Per Curiam.* This court agrees with the board's findings and adopts its recommendation. Accordingly, we order respondent suspended from the practice of law in Ohio for six months. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.